IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COHEN & COMPANY, LTD., *Plaintiff,* v. COHEN & COMPANY INC., *Defendant.* | CIVIL ACTION NO. 21-04442 |

### ORDER

**AND NOW**, this 6th day of October 2022, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF 10), Plaintiff's Memorandum in Opposition (ECF 11), and Defendant's Reply (ECF 12), it is **ORDERED** that Defendant's Motion is **GRANTED**. Count II of the Amended Complaint is dismissed with prejudice.

BY COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.