**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COHEN & COMPANY, LTD. | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 2:21-cv-04442-GJP |
| | : | |
| v. | : | |
| | : | |
| COHEN & COMPANY INC. | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Cohen & Company, Ltd. and Defendant Cohen & Company Inc, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having resolved all pending claims amongst themselves, hereby stipulate to the dismissal of all claims asserted in this action with prejudice, with each party to bear its owns costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Lesley McCall Grossberg* | */s/ Tyler R. Marandola* |
| Lesley McCall Grossberg | Tyler R. Marandola |
| ICE MILLER LLP | DUANE MORRIS LLP |
| 1735 Market Street, Suite 3900 | 30 S. 17th Street |
| Philadelphia, PA  19103 | Philadelphia, PA 19103 |
| Tel:  215-982-5169 | Tel: 215-979-1529 |
| Fax:  215-377-5029 | Fax: 215-979-1020 |
| Email:  lesley.grossberg@icemiller.com | Email: TMarandola@duanemorris.com |
| | |
| *Attorneys for Plaintiff Cohen & Company, Ltd.* | *Attorneys for Defendant Cohen & Company Inc.* |

4870-6095-5196.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I caused a true and correct copy of the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE to be served on all counsel of record by

ECF.

*/s/ Lesley McCall Grossberg*
Lesley McCall Grossberg

4870-6095-5196.1                                    2